| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE EPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person R por ing (Las name, First name, Middle initial)<br><br>Wood, Diane P | 2. Court or Organization<br><br>U.S. Court of Appeals, 7th Cir | 3. Date of Report<br><br>5/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circui Judge (Active) | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>● Initial    ⊙ Annual    ● Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>2602 U.S. Courthouse<br><br>219 South Dearborn Street<br><br>Chicago, Illinois 60604-1803 | 8. On the basis of the info mation contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicab e laws and regulations.<br><br>R viewing Officer_____    Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Senior Lecturer in Law | The University of Chicago Law School |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 17 II 59 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | 2004 | University of Chicago Salary (Total) | 23,550.00 |
| 2. | 2004 | West Services, Inc. (Book Royalties) | 8,215.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | American Law Institute-World Trade Organization Invitational Conference | 2/5/04 to 2/6/04 – Project Meeting, Philadelphia, PA - T, L F |
| 2 | Northwestern Law School | 3/4/04 - Moot Court Dinner, Chicago, IL - F |
| 3. | ABA Section of Antitrust Law | 3/30/04 to 4/3/04 – Spring Meeting, Washington, DC - T,L,F |
| 4. | Judicial Conference Committee on Appellate Rules | 4/12/04 to 4/13/04 - Committee Hearing on Proposed Rule, Washington, DC - T,L |
| 5. | Beloit College | 2/6/04 - Trustees Meeting, Beloit, WI - T,F |
| 6. | University of Chicago, for American Law Institute | 5/16/04 to 5/19/04 - Annual ALI Meeting, Washington, DC - T,L,F |
| 7. | University of San Diego | 6/25/04 to 7/30/04 - Law School Teaching (Unpaid), London, England - T,L,F |

## IV. REIMBURSEMENTS – transportatio  lod ing, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** – (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 8. | Jama can Fair Tra e | 9/1/04 to 9/5/04 - Lectures to Jamaican Judges, Kingston, Jamaica - T,L,F |
| 9. | American Academy of Appellate Lawyers | 9/15/04 - Planning Meeting for 2005 Appellate Conference, Washington, DC - T,F |
| 10. | Federalist Society | 9/16/04 - Program on Antitrust Modernization, Washington, DC - L,F |
| 11. | Bankruptcy Courts | 10/11/04 to 10/12/04 - National Conference, Nashville, TN - T,F,L |
| 12. | New York University Law School | 10/16/04 to 10/19/04 - Madison Lecture, New York, NY - T,F,L |
| 13. | USAid/IJRC | 11/27/04 to 12/2/04 - Conference of Russian Judges, Moscow, Russia - T,L,F |
| 14. | U.S. Embassy - Sweden | 12/2/04 to 12/4/04 - Meetings of Swedish Judges, Lawyers, Stockholm, Sweden - T,L,F |
| 15. | Judicial Conference Committee | 12/7/04 to 12/9/04 - IJRC Meeting, Washington, DC - T,L |
| 16. | FTC Workshop | 9/13/05 - Class Action Symposium, Washington, DC - T,L,F |
| 17. | ABA Antitrust Sec. | 10/1 to 10/3/04 - Antitrust Masters Course, Atlanta, GA - T,L,F |
| 18. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE  - (No such r:p  rta  le gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Union League Club of Chicago | Reduced Fee Membership | $1 800 |
| 2. | West Publishing Company | Complimentary 2d Set of F.3d | $1,634 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Teachers Insurance & Annuity Assn (TIAA) | | None | M | T | | | | | |
| 2. College Retirement Equities Fund (CREF) | | None | N | T | | | | | |
| 3. Harris Bank of Chicago | A | Interest | J | T | N/A | | | | |
| 4. Charter One Bank | A | Interest | J | T | N/A | | | | |
| 5. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1. The TIAA and CREF accounts reported in Part VII are not income-producing. The value of accumulations in each either increases or decreases depending on the market and the amount of premiums paid in.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Wood, Diane P | 5/31/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatu _____          Date *May 11, 2005*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544